**In re Albert Charles BURGESS, Jr., Petitioner.**

No. 02–6588.

United States Court of Appeals, Fourth Circuit.

Submitted May 30, 2002.

Decided June 10, 2002.

Albert Charles Burgess, Jr., Petitioner Pro Se.

Before WILKINS, TRAXLER, and GREGORY, Circuit Judges.

Petition dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Albert Charles Burgess, Jr., has filed a petition for a writ of mandamus, seeking to compel the district court to rule on his motion to recuse the district court judge. Because the district court has disposed of Burgess' motion, we dismiss the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*